UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ZYYO, INC.,                                                                                                  Plaintiff,

v.                                                                                      Civil Action No. 3:24-cv-14-DJH

J P MORGAN CHASE BANK,                                                                         Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 17)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

(2)     Defendant's motion to dismiss (D.N. 6) is **DENIED** as moot.  This matter is now **CLOSED**.

July 22, 2024

David J. Hale, Judge
United States District Court

1